UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BOUNPENG SENGMANYPHET,

                    Petitioner,

    v.

TODD BLANCHE, et al.,

                Respondents.

Case No. 2:26-cv-01211-TLF

ORDER GRANTING UNOPPOSED
DISMISSAL WITHOUT
PREJUDICE

The matter before the Court is petitioner's Unopposed Motion to Dismiss. Dkt. 15. He explains that as his "motion to terminate removal proceedings was granted by the immigration court and he has been released from custody, his petition is now moot." Dkt. 15 (citing Dkt. 13).

The parties unanimously consent to the jurisdiction of a Magistrate Judge. Dkt. 6. Based on the petitioner's Motion and the balance of the record, the Court **ORDERS** the above captioned matter is **DISMISSED without prejudice**.

Dated this 11th day of May, 2026.

*Theresa L. Fricke*
_____
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING UNOPPOSED DISMISSAL
WITHOUT PREJUDICE - 1